**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   JOHN SUTTON, GAIL SUTTON and          No C 05-4469 VRW
     DANIELLE SUTTON,                       No C 06-0472 VRW
13
                  Plaintiffs,
14                                                    ORDER
                  v
15
     JACQUELINE TEETS, JANE DOUGLAS,
16   MARGARET P CONNERS dba VICTORIAN
     CARE HOMES OF THE MONTEREY
17   PENINSULA, INC and dba VICTORIAN
     HOME CARE, INC; SALLY REED,
18   County Administrative Officer,
     etc
19
                  Defendants.
20   _____/

21

22

23         Plaintiffs John Sutton, Gail Sutton and Danielle Sutton

24   ("the Suttons"), who reside in New York and are currently

25   unrepresented have requested leave to appear by telephone at

26   hearings and case management conferences in these related matters,

27   including those currently scheduled for March 7, 2006.  This

28   request is hereby GRANTED.

Moreover, plaintiffs are hereby granted to use the e-filing system in these related cases.  Information about e-filing is available at https://ecf.cand.uscourts.gov/cand/index.html.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge